**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 26 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUN CUI, | No. 18-71041 |
| Petitioner, | Agency No. A203-217-433 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 19, 2019[**]

Before:    SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

Jun Cui, a native and citizen of China, petitions for review of the Board of

Immigration Appeals' ("BIA") order denying her motion to reopen. Our

jurisdiction is governed by 8 U.S.C. § 1252. We review de novo questions of law.

*Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny in part

and dismiss in part the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cui's contentions that the BIA misapprehended applicable law and insufficiently explained its decision are not supported by the record. We lack further jurisdiction to review the BIA's discretionary sua sponte determination. *See Bonilla v. Lynch*, 840 F.3d 575, 588 (9th Cir. 2016) (the court's jurisdiction to review BIA decisions denying sua sponte reopening is limited to reviewing the reasoning behind the decisions for legal or constitutional error).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**